**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ZHENG XIUYU,<br>*Petitioner*<br><br>v.<br><br>MIGUEL VERGARA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, SAN ANTONIO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF HOMELAND SECURITY, TODD BLANCHE, U.S. ATTORNEY GENERAL; AND WARDEN OF DILLEY IMMIGRATION PROCESSING CENTER,<br>*Respondents* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. SA-26-CV-03977-XR |

**FINAL JUDGMENT**

On this date, the Court considered the status of this case. Petitioner brought this Petition for a Writ of Habeas Corpus, challenging the legality of Petitioner's detention. ECF No. 1. Petitioner has since been removed from the country. *See* ECF No. 6. Because Respondents are thus no longer detaining Petitioner, the Petition is moot. This case is therefore **DISMISSED AS MOOT**.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this November 11, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE